IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAKENDRA BRYANT,

    Plaintiff,

v.

WESTLAKE MANAGEMENT SERVICES, INC. d/b/a NAPCO PIPE AND FITTING,

    Defendant.

Case No. 21-1058-JAR-ADM

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation included in Magistrate Judge Angel D. Mitchell's October 15, 2021 Memorandum and Order (Doc. 35), granting in part Defendant's Motion for Sanctions (Doc. 30) to the extent that Defendant requested dismissal of the case with prejudice. Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations in Section II of Judge Mitchell's October 15, 2021 Memorandum and Order, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with Section II of Judge Mitchell's October 15, 2021 Memorandum and Order (Doc. 35), this case is **dismissed with prejudice** for Plaintiff's failure to prosecute her case and to comply with court orders.

**IT IS SO ORDERED.**

Dated: November 2, 2021

                                          S/ Julie A. Robinson
                                          JULIE A. ROBINSON
                                          CHIEF UNITED STATES DISTRICT JUDGE